IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KENNETH LEE, #184 070, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-cv-276-TMH |
| ) | |
| ) | |
| NURSE WEBB, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #8) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #8) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice due to Plaintiff's failure to Pay the full filing fee upon the initiation of this case.

A separate judgment shall issue.

Done this 8th day of June, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE